ACCEPTED
06-14-00238-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/24/2015 9:23:46 AM
DEBBIE AUTREY
CLERK

Cause No. 06-14-00238-CR

MARSHALL DESHUN PARKER § IN THE COURT OF

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/24/2015 9:23:46 AM
DEBBIE AUTREY
Clerk

VS. § APPEALS, SIXTH DISTRICT

THE STATE OF TEXAS § STATE OF TEXAS

## MOTION TO WITHDRAW

Now comes the undersigned attorney for the Appellant MARSHALL DESHUN PARKER, and respectfully moves to be allowed to withdraw as attorney of record. In support hereof, Movant would show:

I.

This motion is based on good cause as follows:

Undersigned counsel was appointed to represent the Appellant in this appeal on December 11, 2014 Since that time undersigned counsel has reviewed the record and concluded that no reversible error occurred at trial. A brief is submitted contemporaneously with this motion discussing the arguable points of appeal. The withdrawal is not sought for delay alone.

II.

A copy of this motion has been delivered by certified mail to MARSHALL DESHUN PARKER, inmate #01955225, 3899 Hwy 98, New Boston, TX 75570 no telephone number. MARSHALL DESHUN PARKER has been notified in writing of his right to object to this motion, and has not informed Movant whether he consents or does not consent to the motion. Notice has also been given to the

Appellant that he has the right to file a pro se brief on his own behalf.

III.

There are currently the following settings in this case that the undersigned has been made aware of:

March 25, 2015, - date for submission of appellant's brief.

WHEREFORE, Scott Rectenwald, respectfully requests that this court make an order permitting him to withdraw from this cause. Movant further requests that the Court adjust the deadlines in this case to provide Appellant the opportunity to review the record and submit a pro se appellate brief if he should so desire.

RESPECTFULLY SUBMITTED,

SCOTT RECTENWALD
110 W. Fannin
Marshall, Texas 75670
(903) 938-3300
(903) 938-3310- FAX

/s/ Scott Rectenwald
Scott Rectenwald
SBOT # 00794510

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Motion f was hand delivered to the office of the Harrison County District Attorney on March 24, 2015, and was also posted for electronic delivery during electronic filing .


/s/ Scott Rectenwald